UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 1 5 2013

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | X | |
|---|---|---|
| | X | |
| | X | CRIMINAL NO. |
| Vs | X | 13CR 527 |
| | X | |
| | X | |
| CARMEN M. LECHIN | X | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Interference with a Flight Crew Attendant

On or about June 6, 2013, in the special aircraft jurisdiction of the United States, and elsewhere,

### CARMEN M. LECHIN

defendant herein, did knowingly and unlawfully intimidate a flight attendant, namely, Samuel Oliver, serving on board an aircraft destined for Bogota, Colombia, by creating a disturbance in flight through her abusive language, her assaultive behavior and by her refusal to comply with the directions, instructions and warnings

given to her by said flight attendant, thereby interfering with the performance of his duties and lessening his ability to perform his duties.

In violation of Title 49, United States Code, Section 46504.

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
Kenneth P. Dies
Assistant U. S. Attorney
O: 713-567-9568
F: 713-718-3301