IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL No. H-13-527 |
| § | |
| CARMEN M. LECHIN § | |
| § | |

## NOTICE OF INTENT TO CALL EXPERT WITNESS

NOW comes Defendant's Counsel ZACHARY B. FERTITTA, and gives notice that CARMEN M. LECHIN intends to call the following expert witness at trial:

1) Frederick Joseph Koch

Mr. Koch will testify as an expert in aviation safety, security, United/Continental employee training, and FAA/TSA security violations. Attached is Mr. Koch's resume.

Respectfully submitted,

Zachary B. Fertitta
4605 Post Oak, Suite 160
Houston, Texas 77027
Phone: (713)222-9595
Fax: (713)222-0906

/s/ ZACHARY B. FERTITTA_____
Zachary B. Fertitta
State Bar No. 24038896

*Attorney for Defendant*
CARMEN M. LECHIN

### Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing was served upon all parties via email.

/s/ ZACHARY B. FERTITTA_____
Zachary B. Fertitta

1