UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. H-13-527 |
| | § | |
| vs. | § | JUDGE MELINDA HARMON |
| | § | |
| CARMEN M. LECHIN, | § | |
| Defendant. | § | |

**GOVERNMENT'S MOTION TO DISMISS COUNT WITHOUT PREJUDICE**

The United States of America, by and through Kenneth Magidson, United States Attorney, Richard D. Hanes, and Heather Rae Winter, Assistant United States Attorneys for the Southern District of Texas, hereby moves the court for an Order dismissing without prejudice count two of the superseding indictment in the above captioned case.

Respectfully Submitted,

KENNETH MAGIDSON
United States Attorney


By: /s/ Richard D. Hanes
Assistant United States Attorney
Heather Rae Winter
Assistant United States Attorney
713/567-9000

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided to counsel for defendant on or before the date of filing by electronic service.

<u>/s/ Richard D. Hanes</u>
RICHARD D. HANES

Andino Reynal
Attorney for Defendant